UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022
```

---

Evelina Calcano,

                    Plaintiff,

        —v—

Adventerra Games North America LLC,

                    Defendants.

---

21-cv-7402 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the order referring the case to the Magistrate Judge for general pretrial

management, Dkt. No. 23, the initial pretrial conference scheduled before this Court on March

25, 2022, is hereby ADJOURNED *sine die*.  An initial conference will be rescheduled before the

Magistrate Judge.

    SO ORDERED.

Dated:  March 10, 2022
        New York, New York

                                        _____
                                            ALISON J. NATHAN
                                            United States District Judge