UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EVELINA CALCANO,
on behalf of herself and all others similarly situated,

                              **Plaintiff,**                    21-CV-07402 (AJN)(SN)

           -against-                               **ORDER**

ADVENTERRA GAMES NORTH AMERICA LLC,

                              **Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Defendant's claims that all alleged violations of the ADA raised by Plaintiff will be remedied "within a matter of days," ECF No. 21 at 1, the parties are ORDERED to meet and confer to see if this case can be resolved without further motion practice. The parties are to engage in meaningful settlement discussions and shall file a status letter no later than March 28, 2022. Plaintiff's opposition to Defendant's motion to dismiss is STAYED pending further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 14, 2022
               New York, New York