

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2022

Joseph Farco, Esq.
Direct Dial: 917-369-8865
Email: jfarco@norris-law.com

May 13, 2022

*Via Electronic Filing*

Honorable Mary Kay Vyskocil
United States District Judge
Honorable Sarah Netburn
United States Magistrate Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Calcano v. Adventerra Games North America LLC
                   1:21-cv-07402-MKV-SN

Dear Judge Vyskocil:

In accordance with the Memo Endorsement of Judge Sarah Netburn (Dkt. No. 33), Defendant, Adventerra Games North America LLC, ("AGNA"), writes to the Court to inform it that AGNA intends to respond to Plaintiff's First Amended Complaint by filing a new motion to dismiss.

Respectfully submitted,

Joseph Farco, Esq.
Norris McLaughlin PA

---

In light of Defendant's intent to file a new motion to dismiss in response to Plaintiff's amended complaint, Defendant's outstanding motion to dismiss, ECF No. 20, is DENIED as moot.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 16, 2022
       New York, New York