UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EVELINA CALCANO,
on behalf of herself and all others similarly situated,

                                **Plaintiff,**                      **21-CV-07402 (MKV)(SN)**

                -against-                          **ORDER**

ADVENTERRA GAMES NORTH AMERICA LLC,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant claims in its second motion to dismiss that the at-issue website "is not only accessible to the visually impaired, but is complaint with Web Content Accessibility Guidelines (WCAG) 2.1 AA, which is even a more rigorous compliance standard than the WCAG 2.0 standard." ECF No. 38 at 1. To "secure the just, speedy, and inexpensive determination" of this proceeding, Fed. R. Civ. P. 1, a conference is scheduled for June 1, 2022, at 12:00 p.m., to discuss the status of settlement. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      May 25, 2022
                 New York, New York